IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIM KELLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09-cv-0883 |
| ) | Judge Trauger |
| FIFTH THIRD BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment filed by defendant Fifth Third Bank (Docket No. 22) is **GRANTED**, and this case is hereby **DISMISSED**. Entry of this Order shall constitute the judgment in this case.

It is so Ordered.

Entered this 18th day of January 2011.

_____
ALETA A. TRAUGER
United States District Judge